SHI PING HONG, Petitioner,

v.

John ASHCROFT, U.S. Attorney General, Respondent.

No. 03–60688.

United States Court of Appeals, Fifth Circuit.

Decided Nov. 15, 2004.

Brian K. Bates, Quan, Burdette & Perez, Houston, TX, for Petitioner.

Thankful Townsend Vanderstar, Thomas Ward Hussey, Director, U.S. Department of Justice, Washington, DC, Hipolito Acosta, U.S. Immigration & Naturalization Service, for Respondent.

John Ashcroft, U.S. Department of Justice, Washington, DC, pro se.

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM: *

The petitioner failed to prove that he is eligible for asylum. The Immigration Judge found no credible evidence that the petitioner suffered past persecution under China's one-child policy. PETITION DENIED.

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.